# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | | |
|---|---|---|
| Paul Fine, Jr. | ) | |
| *Plaintiff* | ) | |
| v. | ) Case No. | 3:10 cv 0359 (JBA) |
| Lieutenant Black, et al. | ) | |
| *Defendant* | ) | |

## NOTICE OF APPEARANCE

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the Plaintiff, Paul Fine, Jr.

Date:   Dec 12, 2012

*Attorney's signature*

John P. DiManno   CT28959
*Printed name and bar number*

Hurwitz, Sagarin, Slossberg & Knuff, LLC
147 North Broad Street
Milford, CT  06460
*Address*

jdimanno@hssklaw.com
*E-mail address*

(203) 877-8000
*Telephone number*

(203) 878-9800
*FAX number*

*Rev. 5/4/2011*

## CERTIFICATE OF SERVICE

I hereby certify that on      Dec 12, 2012      , a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to [Below list the names and addresses of anyone unable to accept electronic filing] as indicate on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____
*Attorney's signature*